WILLIAM H. DEAN ET AL., APPELLANTS, v. BOROUGH OF PARK RIDGE, RESPONDENT.

Submitted February 12, 1932—Decided May 16, 1932.

For the appellants, *Hart & Vanderwart.*

For the respondent, *Mackay & Mackay.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—PARKER, CAMPBELL, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.